WILLIAM V. ELLIOTT, as Administrator, etc., of FRANCIS NEARY, Deceased, Respondent, v. VERNON LUMBER CORPORATION, Appellant.— In an action to recover damages for the death of plaintiff's intestate, caused by the alleged negligent operation of an automobile controlled by defendant, the defendant appeals from an order granting the plaintiff leave to examine the defendant before trial for the purpose of framing his complaint, and extending the plaintiff's time to serve his complaint until twenty days after the completion of the examination. Order affirmed, with ten dollars costs and disbursements, examination to proceed on five days' notice. No opinion. Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ., concur.

GILBERT FENN, Respondent, v. THE PURE OIL COMPANY and CARL STAIB, Appellants.— Action for damages for personal injuries suffered by plaintiff as a consequence of his fall from a bicycle, claimed to be due to the negligence of the defendants in the manner of the operation of a truck. Judgment of the City Court of Yonkers reversed on the law, with costs, and the complaint dismissed, with costs. No actionable negligence chargeable to either defendant was shown. Plaintiff's fall was not due to any act of the defendants. Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.